1   **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9   Boy White,                          )   No. CV 11-2126-PHX-GMS
                                         )
10              Petitioner,              )   **ORDER**
                                         )
11   vs.                                 )
                                         )
12   Director Charles Ryan, et al.,      )
                                         )
13              Respondents.             )
    ─────────────────────────────────────)

14

15          Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus and

16   United States Magistrate Judge Aspey's Report and Recommendation ("R&R").  Docs. 1,

17   22.  The R&R recommends that the Court deny the Petition.  Doc. 22 at 23.  The Magistrate

18   Judge advised the parties that they had fourteen days to file objections to the R&R and that

19   failure to file timely objections could be considered a waiver of the right to obtain review of

20   the R&R[1].  *Id.* at 23 (citing Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d

21   1114, 1121 (9th Cir. 2003)).

22          The parties did not file objections, which relieves the Court of its obligation to review

23   the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985)

24   ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the

25   subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de

26   novo any part of the magistrate judge's disposition that has been properly objected to.").  The

27   ──────────────────

28          [1]The Court further extended the deadline to file an objection and/or response to the
    R&R until March 19, 2012 (Doc. 27).

Court has nonetheless reviewed the R&R and finds that it is well-taken.  The Court will accept the R&R and deny the Petition.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1.      Magistrate Judge Aspey's R&R (Doc.22) is **ACCEPTED**.

2.      Petitioner's petition for writ of habeas corpus (Doc. 1) is **DISMISSED WITH PREJUDICE**.

3.      The Clerk of Court shall **TERMINATE** this action.

4.      Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, in the event Petitioner files an appeal, the Court declines to issue a certificate of appealability because reasonable jurists would not find the Court's procedural ruling debatable.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

DATED this 27th day of March, 2012.

G. Murray Snow
United States District Judge